### 13460. ROLADER v. THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict, and there is no merit in any of the grounds of the amendment to the motion for a new trial.

> Judgment affirmed. Luke and Bloodworth, JJ., concur.
> DECIDED JUNE 13, 1922.

Indictment for mayhem; from Fulton superior court — Judge Hardeman presiding. March 1, 1922.

Will G. Moore, Walter A. Sims, for plaintiff in error.

John A. Boykin, solicitor-general, E. A. Stephens, contra.

---

### 13461. McWHORTER v. THE STATE.

LUKE, J. The defendant was convicted of the offense of having and receiving stolen goods, knowing that they were stolen. The person who stole the goods had been duly convicted. The evidence fully authorized the conviction. The assignments of error in his motion for a new trial show no reversible error. The verdict having the approval of the trial judge, it was not error, for any reason assigned, to overrule the motion for a new trial.

> Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.
> DECIDED JUNE 13, 1922.

Conviction of receiving stolen goods; from Fulton superior court — Judge Hardeman presiding. February 20, 1922.

C. G. Battle, for plaintiff in error.

John A. Boykin, solicitor-general, E. A. Stephens, contra.